UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 23-21953-CIV-WILLIAMS

CINTIA GOMEZ, on behalf of herself
and others similarly situated,

 Plaintiffs,

v.

ORIENTAL LOGISTICS MIAMI, INC., a Florida Corporation,
SAM WONG, individually, and ANLY LIU, individually,

 Defendants.
_____/

## PLAINTIFF'S STATEMENT OF CLAIM

 Plaintiff, CINTIA GOMEZ, pursuant to the Court's May 31, 2023 Order of Referral and Notice of Court Practice in FLSA Cases [D.E. #4], sets forth a statement of her FLSA claims:

 During the three (3) year statute of limitations period between approximately late May 2020 and mid-January 2023, Plaintiff's primary duties in the position of Logistics Coordinator for Defendants consisted of non-exempt clerical work and ministerial tasks as follows: (a) communicating with (i) Defendants' customers about inquiries for shipping quotes; and (ii) the final mile trucking companies, rail ramps, steamship lines, airlines and container terminals across the world; (b) data entry in freight operations software and following up on shipment statuses; (c) handling day-to-day communications with the overseas offices; (d) updating Defendants' customers about ongoing shipments for milestones; (e) monitoring costs and timelines; (f) preparing weekly status reports and bill/invoices; (g) processing customs entries-customs clearance; and (h) coordinating transport chain issues and the pickup and delivery of shipments.

Throughout Plaintiff's employment with Defendants during the three (3) year statute of limitations period between approximately late May 2020 and mid-January 2023, Plaintiff regularly worked in excess of Forty (40) hours per week, but Defendants failed to pay Plaintiff time and one-half of her applicable regular rates of pay for all of Plaintiff's actual overtime hours worked each week and instead paid Plaintiff a salary for Forty (40) hours per week without time and one-half compensation for her overtime hours as required by the Fair Labor Standards Act while Defendants misclassified Plaintiff, Logistic Coordinators, and other similarly situated employees as "exempt" from the overtime compensation requirements of the FLSA despite their primary job duties being non-exempt in nature.

Subject to discovery, based upon Plaintiff regularly working Five (5) days per week, Monday through Friday, with start times of approximately 8:30 a.m. and stop times between approximately 6:30-7:00 p.m., averaging approximately Fifty (50) hours per week between approximately late May 2020 and mid-January 2023, and Defendants paying Plaintiff average gross weekly wages of approximately $916.67 per week for Forty (40) hours of work per week, Plaintiff is seeking the recovery of an average of Ten (10) uncompensated overtime hours per week from Defendants during a total of approximately One Hundred and Twenty-Five (125) work weeks within the three (3) year statute of limitations period as follows:

| Regular Rate | Overtime Rate | # of Unpaid OT Hours Per Week | # of Work Weeks in 3 Year SOL | Unpaid Overtime Wages |
|---|---|---|---|---|
| Reg. Rate - Half-time:<br><br>$18.34/hour<br><br>[$916.67/week gross wages divided by 50 | Half-time:<br>$9.17/hour<br><br>[$18.34/2 = $9.17/hour] | Half-time:<br><br>10 Unpaid OT hours/week | # Weeks:<br><br>125 | **$11,458.31**<br><br>[10 Unpaid OT hours/week x $9.17/hour x 125 weeks] |

| | | | | |
|---|---|---|---|---|
| hours = $18.34/hour] | | | | |
| Reg. Rate - Time & One-half: $22.92/hour [$916.67/week gross wages divided by 40 hours = $22.92/hour] | Time & One-half: $34.37/hour [$22.92 x 1.5 = $34.37/hour] | Time & One-half: 10 Unpaid OT hours/week | # Weeks: 125 | **$42,968.67** [10 Unpaid OT hours/week x $34.37/hour x 125 weeks] |
| **Liquidated Damages**:  between $11,458.31 and $42,968.67 | | | | |
| **Attorneys' Fees**:  Plaintiff is seeking the recovery of reasonable attorneys' fees and costs from Defendants pursuant to 29 U.S.C. §216(b).  Plaintiff's attorneys' fees to date total $3,277.50 from 6.90 hours of Keith M. Stern, Esquire at the rate of $475.00/hour plus costs of $710.00. | | | | |

Dated:  June 9, 2023

Respectfully submitted,

**KEITH M. STERN**
Keith M. Stern, Esquire
Florida Bar No. 321000
E-mail:  employlaw@keithstern.com
LAW OFFICE OF KEITH M. STERN, P.A.
80 S.W. 8th Street, Suite 2000
Miami, Florida 33130
Telephone:  (305) 901-1379
Attorneys for Plaintiff